IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIMMIE L. DIXON, 29531-077, | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 3:07-CV-1049-M |
| v. | § | |
| | § | |
| WILLIAM J. HENDERSON, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to the three-strike provision of 28 U.S.C. § 1915(g). The Court also DENIES Plaintiff's motion for appointment of counsel as moot.

Signed this 18th day of July, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS